**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                           CASE NO.: 14-24333-SLM
                                                                          CHAPTER 13

Michel Pierre,

  Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                      Robertson, Anschutz & Schneid, P.L.
                                      Authorized Agent for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-997-6909
                                      By: /s/Jaclyn Danielle Gonzalez
                                      Jaclyn Danielle Gonzalez , Esquire
                                      Email: jagonzalez@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 29, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHEL PIERRE
78 PARK AVE
EAST ORANGE, NJ  07017

HERBERT B. RAYMOND
7 GLENWOOD AVENUE
SUITE #408 , 4TH FLOOR
EAST ORANGE , NJ  07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD  SUITE 330
FAIRFIELD, NJ  07004

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Jaclyn Danielle Gonzalez
Jaclyn Danielle Gonzalez , Esquire
Email: jagonzalez@rasflaw.com