Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MICHEL PIERRE,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  14-24333 SLM

NOTICE OF RESERVE ON CLAIM

Creditor:         REVERSE MORTGAGE SOLUTIONS
Trustee Claim #:    14
Claimed Amount:   $22,190.49
Date Claim Filed:   11/17/2014

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Received a letter advising of change of address for payments.

Unless the creditor files a change of address with the U.S. Bankruptcy Court, we will continue to keep a reserve on this claim.  Furthermore, if the change of address is not filed with the Court by the close/dismissal/conversion of the case, any remaining money for this creditor will be sent to the U.S. Bankruptcy Court.

Dated:  December 30, 2016

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

MICHEL PIERRE
78 PARK AVENUE
EAST ORANGE, NJ    07017

REVERSE MORTGAGE SOLUTIONS
2727 SPRING CREEK DRIVE
SPRING, TX    77373

KML LAW GROUP
216 HADDON AVE.
STE. 406
WESTMONT, NJ    08108

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

REVERSE MORTGAGE SOLUTIONS
14405 WALTERS RD, STE 200
HOUSTON, TX  77373