Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 14-24333**

Re:   MICHEL PIERRE                                     Atty:   HERBERT B. RAYMOND, ESQ.
      78 PARK AVENUE                                            7 GLENWOOD AVENUE
      EAST ORANGE, NJ  07017                                    4TH FLOOR SUITE 408
                                                                EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/12/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/12/2014 | $487.00 | 22211818233 | 10/15/2014 | $487.00 | 17056513210 |
| 12/10/2014 | $487.00 | 17056513374 | 12/10/2014 | $487.00 | 17073427021 |
| 01/09/2015 | $487.00 | 17056513462 | 02/11/2015 | $571.00 | 17056513540 |
| 03/10/2015 | $571.00 | 1395404928 | 04/08/2015 | $570.00 | 17165614559 |
| 05/11/2015 | $571.00 | 106748999874 | 06/09/2015 | $571.00 | 17163942353 |
| 07/13/2015 | $571.00 | 1415135934 | 08/11/2015 | $571.00 | 17222079327 |
| 09/16/2015 | $571.00 | 23097928318 | 10/16/2015 | $571.00 | 106967445079 |
| 11/16/2015 | $571.00 | 106967498803 | 12/15/2015 | $571.00 | 106649734070 |
| 01/11/2016 | $571.00 | 106649744619 | 02/16/2016 | $571.00 | 106649757588 |
| 03/14/2016 | $571.00 | 106912235683 | 04/11/2016 | $571.00 | 106912202815 |
| 05/11/2016 | $571.00 | 106912223506 | 07/07/2016 | $571.00 | 107440106642 |
| 08/11/2016 | $571.00 | 1494557136 | 09/13/2016 | $571.00 | 107440175414 |
| 10/12/2016 | $571.00 | 107440163974 | 11/15/2016 | $571.00 | 107137472992 |
| 12/13/2016 | $571.00 | 107137412063 | 01/11/2017 | $571.00 | 107137529389 |

**Total Receipts: $15,567.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $15,567.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITY OF EAST ORANGE | | | | | | |
| | 04/20/2015 | $23.78 | 729,679 | 05/18/2015 | $81.32 | 731,642 |
| REVERSE MORTGAGE SOLUTIONS | | | | | | |
| | 04/20/2015 | $135.09 | 730,508 | 05/18/2015 | $461.89 | 732,544 |
| | 06/15/2015 | $462.70 | 734,626 | 07/20/2015 | $630.76 | 736,828 |
| | 09/14/2015 | $1,098.60 | 740,850 | 10/19/2015 | $549.30 | 743,029 |
| | 11/16/2015 | $539.60 | 745,064 | 12/17/2015 | $539.60 | 747,047 |
| | 01/19/2016 | $539.60 | 749,126 | 02/16/2016 | $539.60 | 751,116 |
| | 03/21/2016 | $539.60 | 753,126 | 04/18/2016 | $539.60 | 755,167 |
| | 05/04/2016 | ($539.60) | 749,126 | 05/13/2016 | $1,079.20 | 757,114 |
| | 06/20/2016 | $539.60 | 759,109 | 08/15/2016 | $539.60 | 762,974 |
| | 09/19/2016 | $539.60 | 765,002 | 10/17/2016 | $539.60 | 766,914 |
| | 11/15/2016 | $537.31 | 768,846 | 12/19/2016 | $537.31 | 770,791 |
| | 01/05/2017 | ($537.31) | 770,791 | | | |

**Chapter 13 Case # 14-24333**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 788.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BEARDSLEY EMERGENCY ASSOCIATES | UNSECURED | 254.13 | 100.00% | 0.00 | 254.13 |
| 0005 | CITY OF EAST ORANGE | SECURED | 105.10 | 100.00% | 105.10 | 0.00 |
| 0009 | REVENUE RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | REVERSE MORTGAGE SOLUTIONS | MORTGAGE ARR | 22,190.49 | 100.00% | 9,811.25 | 12,379.24 |
| 0016 | SPRINT CORP | UNSECURED | 304.46 | 100.00% | 0.00 | 304.46 |
| 0017 | SPRINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 335.61 | 100.00% | 0.00 | 335.61 |

**Total Paid: $13,955.07**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $15,567.00    -    Paid to Claims: $9,916.35    -    Admin Costs Paid: $4,038.72    =    Funds on Hand: $1,611.93

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.