UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                 CASE NO.: 14-24333-SLM
                                                                         CHAPTER 13

Michel Pierre,

    Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Justin Plean
                                       Justin Plean, Esquire
                                       Email: jplean@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

HERBERT B. RAYMOND
7 GLENWOOD AVENUE
SUITE #408 , 4TH FLOOR
EAST ORANGE , NJ  07017

MICHEL PIERRE
78 PARK AVE
EAST ORANGE, NJ  07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD  SUITE 330
FAIRFIELD, NJ  07004

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Justin Plean
Justin Plean, Esquire
Email: jplean@rasflaw.com