# UNITED STATES BANKRUPTCY COURT

**District of New Jersey**

In re: Michel Pierre                                                Case No. 14-24333-SLM

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>REVERSE MORTGAGE SOLUTIONS, INC.</u>
Name of Secured Creditor

Name and Address where NOTICES to Secured Creditor           Court Claim # (if known): 5
should be sent:

RMS
14405 Walters Road, Suite 200
Houston, TX  77014

Phone: 866-503-5559

Name and Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston, TX 77014

Phone: 866-503-5559

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Justin Plean                                  Date: July 17, 2017

Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


16-220381 - DiF



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

HERBERT B. RAYMOND
7 GLENWOOD AVENUE
SUITE #408 , 4TH FLOOR
EAST ORANGE , NJ  07017

MICHEL PIERRE
78 PARK AVE
EAST ORANGE, NJ  07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD  SUITE 330
FAIRFIELD, NJ  07004

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Justin Plean
Justin D. Plean, Esquire
Email: jplean@rasflaw.com
NJ Bar #: JP - 5835

16-220381 - DiF