Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 14–24333–SLM
                                                Chapter:  13
                                                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michel Pierre
   78 Park Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx–xx–7187

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 25, 2014.

   On 7/26/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 September 12, 2018
Time:                09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 27, 2018
JAN: lc

                                                                                         Jeanne Naughton
                                                                                        Clerk