Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  14−24333−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michel Pierre
   78 Park Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−7187

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 25, 2014.

   On 7/26/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                      September 12, 2018
Time:                       09:00 AM
Location:              Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 27, 2018
JAN: lc

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-24333-SLM
Michel Pierre                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2          Date Rcvd: Jul 27, 2018
                              Form ID: 185               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db            #+Michel Pierre,    78 Park Avenue,    East Orange, NJ 07017-5246
cr             +REVERSE MORTGAGE SOLUTIONS, INC,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr             +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,    Suite 100,
                 Boca Raton, FL 33487-2853
515000727       BEARDSLEY EMERGENCY ASSOCIATES,    Revenue Recovery Corporation,    PO Box 50250,
                 Knoxville, TN 37950-0250
514914943      +Beardsley Emergency Associates,    66 W. Gilbert St., 2nd Floor,    Red Bank, NJ 07701-4947
514914942      +Beardsley Emergency Associates,    Attn: Revenue Recovery Corporation,    PO Box 2698,
                 Knoxville, TN 37901-2698
514914941      +Beardsley Emergency Associates,    Attn: Revenue Recovery Corp,    PO Box 50250,
                 Knoxville, TN 37950-0250
514914945      +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
514914944       City of East Orange,    Tax Collector,    City Hall,    East Orange, NJ 07019
514960061      +Collector of Taxes,    44 City Hall Plaza,    East Orange, N.J. 07018-4502
514914947      +Diversified Adjustment Services,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
514914948      +Kivitz, McKeever, Lee, PC,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
514914949      +Maria Desravines,    78 Park Avenue,    East Orange, NJ 07017-5246
514914950      +Revenue Recovery Corp,    PO Box 50250,    Knoxville, TN 37950-0250
514914951      +Revenue Recovery Corp.,    612 South Gay St., 2nd Floor,    PO Box 2698,
                 Knoxville, TN 37901-2698
514914953      +Revenue Recovery Corporation,    PO Box 2698,    Knoxville, TN 37901-2698
516522908      +Reverse Mortgage Solution,Inc,    14405 Walters Rd, Ste 200,    Houston, TX 77014-1345
514914955      +Reverse Mortgage Solutions,    Attn: Kivitz, McKeever and Lee, PC,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
514914957      +Reverse Mortgage Solutions,    4800 Riverside Drive,    Palm Beach Gardens, FL 33410-4252
516891689      +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514914966      +Sprint,    PO Box 67071,    Baltimore, MD 21215-0006
514914959      +Sprint,    Attn: Diversified Consultant,    PO Box 551268,    Jacksonville, FL 32255-1268
514914960      +Sprint,    PO Box 32145,    Minneapolis, MN 55432-0145
515012736       Sprint Corp. Attn: Bankruptcy Dept,    P.O Box 7949,    Overland Park,KS 66207-0949
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514945369       E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2018 23:53:29
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
514914962       E-mail/Text: appebnmailbox@sprint.com Jul 27 2018 23:53:33      Sprint,
                 Attn: Diversified Adjustment Service,    600 Coon Rapids Blvd,    Minneapolis, MN 55413
514914958       E-mail/Text: appebnmailbox@sprint.com Jul 27 2018 23:53:33      Sprint,    PO Box 152046,
                 Irving, TX 75015-2046
514914965       E-mail/Text: appebnmailbox@sprint.com Jul 27 2018 23:53:33      Sprint,    PO Box 62071,
                 Baltimore, MD 21264
514914961       E-mail/Text: appebnmailbox@sprint.com Jul 27 2018 23:53:33      Sprint,    PO Box 740503,
                 Atlanta, GA 30374
                                                                                                TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514914946*     +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
514914952*     +Revenue Recovery Corp.,    612 South Gay St., 2nd Floor,    PO Box 2698,
                 Knoxville, TN 37901-2698
514914954*     +Revenue Recovery Corporation,    PO Box 2698,    Knoxville, TN 37901-2698
514914963*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    Attn: Diversified Adjustment Service,
                 600 Coon Rapids Blvd,    Minneapolis, MN 55413)
514914964*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    PO Box 152046,    Irving, TX 75015-2046)
514914956     ##+Reverse Mortgage Solutions,    2727 Spring Creek Drive,    Spring, TX 77373-6130
                                                                                         TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Herbert B. Raymond     on behalf of Debtor Michel  Pierre bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
              mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                            TOTAL: 7
```