UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:
  MICHEL PIERRE

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  14-24333 SLM

Hearing Date:  9/26/2018

Judge:  STACEY L. MEISEL

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 14-24333 SLM

Caption of Order:        ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

      The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 7/26/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2014, the Debtor shall pay the Standing Trustee

    the sum of $28,645.00 paid into date over 50 month(s), and then

    the sum of $1,455.00 for a period of 10 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-24333-SLM
Michel Pierre                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 03, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db         #+Michel Pierre,    78 Park Avenue,    East Orange, NJ 07017-5246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Herbert B. Raymond    on behalf of Debtor Michel  Pierre bankruptcy123@comcast.net,
       jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
       jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Justin Plean    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Justin Plean    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                TOTAL: 7