UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERTSON, ANSCHUTZ & SCHNEID, PL
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Attorneys for Secured Creditor

Laura Egerman, Esq. (LE-8250)

In Re:
MICHEL PIERRE,

Debtor.

Case No.:    14-24333-SLM
Chapter:     13
Hearing Date: _____
Judge:       Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from the Automatic Stay (Docket 41)

_____

Date: 10/08/2018                    /s/ Laura Egerman
                                    Signature

*rev.8/1/15*