**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michel Pierre<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7187<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–24333–SLM | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michel Pierre

10/4/19

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                        Case No. 14-24333-SLM
Michel Pierre                                                                 Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-2              User: admin                  Page 1 of 2               Date Rcvd: Oct 04, 2019
                                  Form ID: 3180W               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             #+Michel Pierre,    78 Park Avenue,    East Orange, NJ 07017-5246
cr              +REVERSE MORTGAGE SOLUTIONS, INC,    Robertson Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr              +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,    Suite 100,
                  Boca Raton, FL 33487-2853
515000727       BEARDSLEY EMERGENCY ASSOCIATES,    Revenue Recovery Corporation,    PO Box 50250,
                  Knoxville, TN 37950-0250
514914943      +Beardsley Emergency Associates,    66 W. Gilbert St., 2nd Floor,    Red Bank, NJ 07701-4947
514914941      +Beardsley Emergency Associates,    Attn: Revenue Recovery Corp,    PO Box 50250,
                  Knoxville, TN 37950-0250
514914942      +Beardsley Emergency Associates,    Attn: Revenue Recovery Corporation,    PO Box 2698,
                  Knoxville, TN 37901-2698
514914944       City of East Orange,    Tax Collector,    City Hall,    East Orange, NJ 07019
514914945      +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
514960061      +Collector of Taxes,    44 City Hall Plaza,    East Orange, N.J. 07018-4502
514914947      +Diversified Adjustment Services,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
514914948      +Kivitz, McKeever, Lee, PC,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
514914949      +Maria Desravines,    78 Park Avenue,    East Orange, NJ 07017-5246
514914950      +Revenue Recovery Corp,    PO Box 50250,    Knoxville, TN 37950-0250
514914951      +Revenue Recovery Corp.,    612 South Gay St., 2nd Floor,    PO Box 2698,
                  Knoxville, TN 37901-2698
514914953      +Revenue Recovery Corporation,    PO Box 2698,    Knoxville, TN 37901-2698
516522908      +Reverse Mortgage Solution,Inc,    14405 Walters Rd, Ste 200,    Houston, TX 77014-1345
514914957     #+Reverse Mortgage Solutions,    4800 Riverside Drive,    Palm Beach Gardens, FL 33410-4252
514914955      +Reverse Mortgage Solutions,    Attn: Kivitz, McKeever and Lee, PC,    701 Market St., Ste. 5000,
                  Philadelphia, PA 19106-1541
516891689      +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514914959      +Sprint,    Attn: Diversified Consultant,    PO Box 551268,    Jacksonville, FL 32255-1268
514914960      +Sprint,    PO Box 32145,    Minneapolis, MN 55432-0145
514914966      +Sprint,    PO Box 67071,    Baltimore, MD 21215-0006
515012736       Sprint Corp. Attn: Bankruptcy Dept,    P.O Box 7949,    Overland Park,KS 66207-0949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2019 23:56:13     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2019 23:56:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514945369       EDI: Q3G.COM Oct 05 2019 03:48:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
514914962       EDI: NEXTEL.COM Oct 05 2019 03:48:00      Sprint,    Attn: Diversified Adjustment Service,
                  600 Coon Rapids Blvd,    Minneapolis, MN 55413
514914958       EDI: NEXTEL.COM Oct 05 2019 03:48:00      Sprint,    PO Box 152046,    Irving, TX 75015-2046
514914965       EDI: NEXTEL.COM Oct 05 2019 03:48:00      Sprint,    PO Box 62071,    Baltimore, MD 21264
514914961       EDI: NEXTEL.COM Oct 05 2019 03:48:00      Sprint,    PO Box 740503,    Atlanta, GA 30374
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514914946*     +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
518464584*     +Michel Pierre,    78 Park Avenue,    East Orange, NJ 07017-5246
514914952*     +Revenue Recovery Corp.,    612 South Gay St., 2nd Floor,    PO Box 2698,
                  Knoxville, TN 37901-2698
514914954*     +Revenue Recovery Corporation,    PO Box 2698,    Knoxville, TN 37901-2698
514914963*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                  OVERLAND PARK KS 66207-0949
                (address filed with court:  Sprint,    Attn: Diversified Adjustment Service,
                  600 Coon Rapids Blvd,    Minneapolis, MN 55413)
514914964*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                  OVERLAND PARK KS 66207-0949
                (address filed with court:  Sprint,    PO Box 152046,    Irving, TX 75015-2046)
514914956      ##+Reverse Mortgage Solutions,    2727 Spring Creek Drive,    Spring, TX 77373-6130
                                                                                   TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2019
                              Form ID: 3180W           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Michel  Pierre herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    Reverse Mortgage Solutions, Inc. smncina@rascrane.com
                                                                                               TOTAL: 8